UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
JANKI BAI SAHU, et al., :
          Plaintiff, : 04 Civ. 8825 (JFK)
   -against- : **OPINION & ORDER**
 :
UNION CARBIDE CORP. and :
WARREN ANDERSON, :
          Defendants. :
----------------------------------X

**JOHN F. KEENAN, United States District Judge:**

    Plaintiffs request international assistance in the form of a Letter Rogatory to obtain documents from a third party. Defendants make several objections to the request. Absent special circumstances, however, a party may not seek a protective order where discovery is sought from a third party. See Commercial Laundry v. Linen Supply Ass'n of Greater N.Y., 90 F.Supp. 470, 472 (S.D.N.Y. 1950); Charles A. Wright & Arthur R. Miller, Federal Practice and Procedure § 2035 (1994). The Court is not aware of any special circumstances in this case. Therefore, Defendants lack standing to object to the discovery. The Court will sign the Letter Rogatory.

**SO ORDERED.**

Dated:     New York, New York
              January /0 , 2006

                                    /s/ John F. Keenan
                                    **JOHN F. KEENAN**
                                  United States District Judge