# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of January, two thousand seven.

Before:      Hon. Joseph M. McLaughlin,
                 Hon. Robert D. Sack,
                      *Circuit Judges*
                 Hon. Jed S. Rakoff,
                      *District Judge**



Docket No. 05-6944-cv

---

JANKI BAI SAHU, SHANTI BAI, MUNEE BI, QAMAR SULTAN, FIRDAUS BI, NUSRAT JAHAN, PAPPU SINGH, JAMEELA BI, MEENU RAWAT, BANO BI, MAKSOOD AHMED, BABU LAL and KAVAL RAM,

                *Plaintiffs-Appellants*,

   - v.-

UNION CARBIDE CORPORATION AND WARREN ANDERSON,

                *Defendants-Appellees.*

---

Appeal from the United States District Court for the Southern District of New York.

This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York and was argued by counsel.

On consideration whereof, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the appeal is DISMISSED for lack of appellate jurisdiction in accordance with the opinion of this court.

A TRUE COPY
Thomas Asreen, Acting Clerk

by *Angela Martin*
Deputy Clerk

FOR THE COURT:
THOMAS ASREEN, Acting Clerk
by

Arthur M. Heller
Motions Staff Attorney

---

* The Honorable Jed S. Rakoff of the United States District Court for the Southern District of New York, sitting by designation.

Issued as Mandate: 2/7/07

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of January, two thousand seven.

Before:   Hon. Joseph M. McLaughlin,
          Hon. Robert D. Sack,
                    *Circuit Judges*
          Hon. Jed S. Rakoff,
                    *District Judge**



Docket No. 05-6944-cv

---

JANKI BAI SAHU, SHANTI BAI, MUNEE BI, QAMAR SULTAN, FIRDAUS BI, NUSRAT JAHAN, PAPPU SINGH, JAMEELA BI, MEENU RAWAT, BANO BI, MAKSOOD AHMED, BABU LAL and KAVAL RAM,

                    *Plaintiffs-Appellants*,

          - v.-

UNION CARBIDE CORPORATION AND WARREN ANDERSON,

                    *Defendants-Appellees*.

---

Appeal from the United States District Court for the Southern District of New York.

This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York and was argued by counsel.

On consideration whereof, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the appeal is DISMISSED for lack of appellate jurisdiction in accordance with the opinion of this court.

A TRUE COPY
Thomas Asreen, Acting Clerk

by *Angela Martin*
Deputy Clerk

FOR THE COURT:
THOMAS ASREEN, Acting Clerk
by

Arthur M. Heller
Motions Staff Attorney

---

* The Honorable Jed S. Rakoff of the United States District Court for the Southern District of New York, sitting by designation.

Issued as Mandate: 2/7/07