UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-24-2008

-------------------------------------------------x

JANKI BAI SAHU, et al.,                          :

                                                 :

                        Plaintiff(s)             :        04    CIV. 8825

                                                 :
        -vs-                                               Notice of a Pretrial
                                                 :        Conference
UNION CARBIDE CORP. and WARREN ANDERSON           :

                                                 :

                        Defendant(s)    :

-------------------------------------------------x

        Counsel are directed to appear in Courtroom 20-C
on December 11, 2008            at  10:00 a.m.            , for
a pretrial conference, for the purpose of discussing the status
of this case. Please notify your adversary as to the date of
this conference.

        This conference will not be adjourned except
by order of the Court.



        SO ORDERED.


DATED:  NEW YORK, NEW YORK
        November 24, 2008

                                JOHN F. KEENAN
                                U.S.D.J.