SDNY INYNY
04-cv- 8825
Keenan

# MANDATE

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

### JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 3rd day of November, two thousand eight,

Before:

      Hon. Amalya L. Kearse,
      Hon. Guido Calabresi,
      Hon. Robert D. Sack,
            *Circuit Judges,*



Docket No. 06-5694-cv

---

Janki Bai Sahu, Shanti Bai, Munee Bi, Qamar Sultan, Firdaus Bi, Nusrat Jahan, Pappu Singh, Jameela Bi, Meenu Rawat, Bano Bi, Maksood Ahmed, Babu Lal, Kaval Ram,

    *Plaintiffs-Appellants,*

             v.

Union Carbide Corporation, Warren Anderson,

    *Defendants-Appellees.*



---

    Appeal from the United States District Court for the Southern District of New York.

    This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York and was argued by counsel.

    ON CONSIDERATION THEREOF, it is hereby ORDERED, ADJUDGED, and DECREED that the judgment of the district court is VACATED and REMANDED to the district court in accordance with the opinion of this Court.

                             FOR THE COURT:
                             CATHERINE O'HAGAN WOLFE, Clerk
                             by

                             Judy Pisnanont
                             Motions Staff Attorney

                                  A TRUE COPY
                           Catherine O'Hagan Wolfe, Clerk

                              by_____
                                    DEPUTY CLERK

ISSUED AS MANDATE: NOV 2 4 2008