

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
JANKI BAI SAHU, et al.,         :
                                :
                 Plaintiffs,    :
                                :
      -against-                 :   No. 04 Civ. 8825 (JFK)
                                :       **Order**
UNION CARBIDE CORPORATION,      :
et al.,                         :
                                :
                 Defendants.    :
-------------------------------X

**JOHN F. KEENAN, United States District Judge:**

I have received counsel's letter dated December 23, 2010 regarding the briefing schedule for Defendants' renewed motion for summary judgment. Plaintiffs are to submit their opposition by March 1, 2011, and Defendants should reply by April 1, 2011. Motion papers should be filed on April 1, 2011, with courtesy copies submitted to Chambers that day.

**SO ORDERED.**

Dated:   New York, New York
         January 3, 2011

                                    /s/ John F. Keenan
                                    John F. Keenan
                                    United States District Judge